FILED

02/12/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0181

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0181

STATE OF MONTANA,

Plaintiff and Appellee,

v.

SANDRA LYNNE JONES,

Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including March 24, 2025, within which to prepare, file, and serve the State's response brief.

CL

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 12 2025